# EXHIBIT 3

File Number: 8665214

# LLC

# ARTICLES OF ORGANIZATION
# OF
# StayMade Products LLC

The undersigned person(s) do hereby adopt the following Articles of Organization for the purpose of forming a Utah Limited Liability Company.

## Article I
The name of the limited liability company is to be StayMade Products LLC

## Article II
The purpose or purposes for which the company is organized is to engage in:
Import and distribute children's bedroom decor.

The Company shall further have unlimited power to to engage in or to perform any and all lawful acts pertaining to the management of any lawful business as well as to engage in and to do any lawful act concerning any and all lawful business for which a Limited Liability Company may be organized under the Utah Limited Liability Company Act and any amendments thereto.

## Article III
The Company shall continuously maintain an agent in the State of Utah for service of process who is an individual residing in said state. The name and address of the initial registered agent shall be:

*(Registered Agent Name & Address)*
Rustin Craig Morris
3812 Pinehurst Dr
Eagle Mountain, UT, 84005

### ACCEPTANCE OF APPOINTMENT:

### Registered Agent Signature

---

State of Utah
Department of Commerce
Division of Corporations & Commercial Code

This certifies that this registration has been filed and approved on 2, May 2013 in the office of the Division and hereby issues this Certification thereof.

*Kathy Berg*

KATHY BERG
Division Director

## Article IV

*Name, Street address & Signature of all members/managers*
Member #1
Olixo Holdings LLC
3812 Pinehurst Dr
Eagle Mountain, UT 84005
Olixo Holdings LLC
Signature

Member #2
TK1 Holdings
1584 south 580 east
American Fork, UT 84003
TK1 Holdings
Signature

**DATED** 2 May, 2013.

## Article V

Management statement
This limited liability company will be managed by its Members

## Article VI

**Records required to be kept at the principal office include, but are not limited to the following:**

### Article VI.1
A current list in alphabetical order of the full name
and address of each member and each manager.

### Article VI.2
A copy of the stamped articles of organization and all *certificates of amendments thereto.*

### Article VI.3
Copies of all tax returns and financial statements
of the company for the three most recent years.

### Article VI.4
A copy of the company's operating agreement and minutes of each meeting of members.

## Article VII

**The street address of the principal place of business is:**
3812 Pinehurst Dr
Eagle Mountain, UT 84005

## Article VIII

**The duration of the company shall be** 99 **years**

Under GRAMA {63-2-201}, all registration information maintained by the Division is classified as public record. For confidentiality purposes, the business entity physical address may be provided rather than the residential or private address of any individual affiliated with the entity.