# EXHIBIT 4

In 2014, creativity was blooming everywhere. Explore the Year in Kickstarter.

✖

KICKSTARTER    Discover    Start                                            Sign up    Log in

**Share this project**

Done
Share
9
Tweet
Share
Embed

**Share this project**

Done
TweetShareEmail

## StayMade - The world's most innovative children's bedding!

byCraig Morris

byCraig Morris



## StayMade - The world's most innovative children's bedding!

byCraig Morris

byCraig Morris

Introducing the world's most innovative children's bedding! Read more

Salt Lake City, UTProduct Design
Share this project
70
backers

$15,968
pledged of $30,000 goal
0
seconds to go

## Funding Unsuccessful

This project's funding goal was not reached on September 4, 2013.

Introducing the world's most innovative children's bedding!

**Salt Lake City, UT** Product Design
Share this project



**Craig Morris**

Project by

### Craig Morris

First created |  26 backed

linkedin.com

See full bio Contact me

Rewards
Story
Updates(4)
Comments(23)

**About this project**

Play
00:00
3:32

EVEN THOUGH WE DIDN'T FUND ON KICKSTARTER...

# WE'RE STILL LAUNCHING

WITH PRODUCT ON THE SAME TIMELINE AS BEFORE

PLEASE STAY UP TO DATE WITH OUR PROGRESS AT

# www.STAYMADE.com

AND SIGN UP FOR OUR NEWSLETTER

THANK YOU FOR YOUR AMAZING CONTRIBUTIONS

## *NEW REWARD ADDED* STAYMADE Sheets

After lots of feedback from potential backers, we've listened and responded by adding StayMade Sheets. StayMade Sheets is a StayMade without the comforter. Many of you love the StayMade but already have a really nice comforter you've invested in that matches your room curtains, paint, or other room decor. You want the benefits of the StayMade, but you want to keep your existing comforter. StayMade sheets makes that possible. StayMade sheets is just the Padded Fitted sheet zipped to the Top Sheet. The bed is still super easy to make, kids still easily stay covered and comfortable while they sleep, and you can still add the optional PeePod to the StayMade if your child is being potty trained. The only difference is that instead of also having the StayMade comforter zipped to the rest of the system, you will rest your existing comforter on-top of the StayMade Sheets. We also have shown how it works in the illustration below:



## What is a StayMade?

StayMade is the worlds most functional, remarkable, and lovable bedding solution for kids! It's a set of comfortable and high quality bedding pieces that are connected and kept together by an innovative and patented structure of zippers. StayMade makes it easy and fun for parents, and kids, to make and keep the child's bed neat and tidy!

Read on for all of the amazing reasons the StayMade is perfect for you, your kids, or a family you know and love.

## How is a StayMade Valuable?

The main challenges the StayMade solves are:

1. Like the name suggests, making sure your kid's bed stay's neatly made. Kid's of all ages can quickly and easily make their bed look nice, and parents can quickly and easily do it if a child wasn't able to do it because they had to rush out the door.

2. Keeps kids warm and tucked in at night. Gone will be the days of your kids freezing to death during the night after kicking off their blankets and sheets. Gone are also the days of parents having to wake up 3 or 4 times every night to check on your kids blankets and sheets.

3. With the optional PeaPod accessory, potty-training accidents in the night have never been easier to handle than with a StayMade. Take care of the accident with minimal effort and time, and without having to wash ALL of the bedding.

## How does a StayMade work?

StayMade is comprised of three pieces: a padded fitted sheet, a top sheet, and a comforter, all connected to each other by big, high-quality zippers. Each piece of the StayMade can easily be zipped in, or out, of the main structure. With this modular design; changing colors, adding accessories, or adjusting the thickness of the layers is fast and easy. All of this is perfect for making and keeping the StayMade valuable, functional, and customizable over time.

Check out this video for a more in-depth look at how it works:



## What are Other Parents Saying?



## Features and Benefits



The StayMade is three separate layers, all zipped together!









## Technical Drawings



Technical Drawings for the Padded Fitted Sheet



Technical Drawings for the Top Sheet

Technical Drawings for the Comforter Top

## The Story: Coming Up With the Idea

The StayMade has been a labor of love and is the result of years of hard work. It is a product invented and developed by moms with kids, for moms with kids. Part of the story was told in the Kickstarter video, but really the StayMade was thought up during those moment's of frustration when using normal kids bedding, and thinking that there had to be a better way.

The issue of our kid's kicking off their covers while they sleep has always been huge in our family, and as we have talked with more parents, we discovered this is a problem everyone faces. We care about and love our kids, and worry (especially during those cold Utah nights), that they're covered and warm while they sleep. And if the kids aren't warm and sleeping, dad isn't either because my wife either gets up or wakes me up multiple times during the night to check on them and make sure they're covered.

Then there's the challenge of helping our kids keep their room clean. We think it's important that our kids learn good life skills and gain the self-confidence from doing things for themselves, but making a bed for a little kid can be pretty hard! It's even hard for us to make their bunk beds sometimes! We felt it would be amazing if there were a way for our kids to quickly and easily make their bed in the morning, and have it look clean and neat all of the time. Because even when there are toys on the ground in a kid's room, if the bed is made: the room looks clean.

Finally, our kids, as I'm sure most of yours have too, have gone or are going through potty training. There are few things we like less than getting our kid cleaned up, taking all of the sheets and blankets off, washing them, and then putting it all back together when an accident happens. It's not their fault, but they're frustrated and so are we. So in one of the few moments in my life where I have had perfect clarity I envisioned the PeaPod and went to work making it happen.

Because the idea for the StayMade was so remarkable, we knew it needed to be protected by patents before we could make and release it to the world. A few years later we are happy to report that there have been two utility patents, and one design patent issued to protect the StayMade. The issuing of those patents proves to us that the idea truly is remarkable and unique, and we are so excited to share it with the world!

## The Story: Making the Product a Reality (and our Production Plan)

My background is in product development and manufacturing, so once the idea for the StayMade was there, prototyping it was second nature. However, even though the process was known, there were a few challenges in making it all happen.

Determining which materials to use so that it would be comfortable, durable, and affordable where a huge priority. My business partner Nate and I went to work doing all kinds of due diligence, researching what other companies were using, looking at tons of other products, and figuring out the regulations involved in children's products.

Next we had to find a factory that could deliver quality results consistently. We interviewed and researched many factories, and I visited a few of them personally during the course of my work for other clients, before we decided on two factories that could do the job, and do it well.

However, getting the right the materials and finding the factory proved to be the least of our worries. Making the zipper system work for patents was one thing, but actually making it a reality in manufacturing was something else. The challenge was that when a zipper is manufactured, the male and female parts are made together and are meant for each other so to speak. So if you want to make zippers interchangeable (like on the StayMade), where you can zip out a sheet and add something else in it's place, you have to make sure the zippers will always fit together, every time, and that is harder than it sounds. We went through countless zipper sizes and manufacturers to find the perfect zipper that would make the system work, but now, IT DOES!

The first few samples we received still had some issues. We needed to make sure the zipper system was easy for kids to use, not just easy for their parents. We also needed to make sure the zipper worked on the inside, and the outside of the bedding, so that kids could zip and unzip the StayMade while inside of it if they needed to.

But now, after many prototypes, we have created what we feel is the most perfect bedding solution available for kids. It truly is remarkable and we absolutely love it! Also, the good news, is that because of all of that hard work, when we move to production, it will be as easy as pressing a "GO" button to have the products manufactured and delivered on-time.

## Launch Colors



## The Rewards

 

 





## Meet the Team



The StayMade Team
Nate and I have worked together in product development for the past four years, Before going out on our own, we worked together at a corporate publicly-traded company developing products, sourcing product, and building business plans for new product ideas. Manufacturing and making awesome products has always been a part of my professional life. Most of Nate and my work together in products has been for other people. We've been part of many product launches, we've helped manage and secure retail distribution, our primary focus has been in manufacturing and logistics as consultants for other businesses, and have always had the dream of launching our own product eventually.

Our wives are a HUGE source of support and have contributed so much to the StayMade and will be an important part of this product into the future. Morgan, Nate's wife, is an interior designer and has been a valuable creative asset to us during this process. My wife Kristin has made essential contributions to the development of this product and tested it extensively with our kids before we ever showed it to anyone or let others try it out for themselves.

We feel so good about the launch of the StayMade because we have always looked at is as customers. That has helped us craft a product that we truly love and use daily. Thank you for letting us share our gift with you and thank you for your contribution!

Craig LinkedIn Profile

Nate LinkedIn Profile

## We Need Your Help

The amount we have asked for is the minimum amount we need to order enough product to get an affordable price on manufacturing. Anything over our goal would be amazing, but our priority right now is delivering this product to the world at a price that makes sense and that helps the StayMade scream value. Even if the StayMade isn't right for you, please share our Kickstarter project with a parent you know and love. We hope they'll thank you for it, we know we will.

**Risks and challenges**

There are always risks and challenges in manufacturing. We deal with manufacturing every day, so if anyone would know, it's us. Most issues with production and fulfillment arise from improper planning and unrealistic demands placed on factories, shipping providers, and fulfillment to customers.

The months leading up to Christmas are very busy, which can cause shipping delays. We've planned time for this. We've manufactured enough products to know if something can go wrong, it will go wrong, so we've built in time for a few unforeseen snags.

We have picked our delivery dates that we feel are realistic based on our experience. We plan on growing StayMade into a successful business and don't want to start everything off with apologies and excuses to our first customers because we weren't realistic in our planning. However, should that happen, it is not something that will happen overnight. We would anticipate delays, and would make sure we are 100% transparent with you about what is going on, and how we intend on fixing it.

[Learn about accountability on Kickstarter](#)

## FAQ

[What materials are used?](#)
The sheets (base, top sheet, comforter exterior) are all 100% Cotton.
The padding inside the comforter and padded base are Polyester.

Last updated:Tue, Aug 20 2013 9:36 AM MST
[What thread count are the sheets?](#)
The StayMade will launch with 200 Thread Count sheets

Last updated:Tue, Aug 20 2013 9:39 AM MST
[What colors are the sheets?](#)
For a full description, please see our updates.

At launch the sheets will be a dark gray called Turbulence / Pantone 19-4215
At launch the underneath of the comforter will be Cloud Gray / Pantone 428C

Last updated:Tue, Aug 20 2013 9:39 AM MST
[Ask a question](#)
[Report this project to Kickstarter](#)

## Rewards

**Pledge$5or more**

3 backers

You'll get the "Warm Fuzzies" knowing that you've helped kid's beds, all over the world, StayMade.

Anything helps and is very appreciated!

**Estimated delivery:**Sep 2013

**Pledge$20or more**

1 backer All gone!

Exclusive Kickstarter-edition StayMade Sleeper-Tee for your kid! Win their love with this fantastic gift!

**Estimated delivery:**Nov 2013
Ships anywhere in the world

**Pledge$25or more**

0 backers

Exclusive Kickstarter-edition StayMade Sleeper-Tee for you in all sizes ( Kids, Men, Ladies ) feel the Staymade comfort! Thanks for the pledge, you are awesome!

**Estimated delivery:**Nov 2013
Ships anywhere in the world

**Pledge$40or more**

2 backers

PeaPod 2-Pack! You'll get two PeaPod's that you can zip in, and out, of your StayMade at any time! Or ADD $40 to ANY of the following Pledges, and we will include a PeaPod 2-Pack in your shipment.

**Estimated delivery:**Nov 2013
Ships anywhere in the world

**Pledge$40or more**

3 backers

*NEW REWARD* StayMade Sheets!

Get the amazing StayMade system underneath any of your existing comforters! Get all of the benefits of the StayMade with your existing decor!

**Estimated delivery:**Nov 2013
Ships anywhere in the world

**Pledge$85or more**

39 backers Limited(211 left of 250)

EARLY ADOPTER TWIN BED SIZE: Get the first bedding sets on the planet that StayMade all day AND keep your kids tucked in all night! (Retail Value: $130)

**Estimated delivery:**Nov 2013
Ships anywhere in the world

**Pledge$95or more**

10 backers Limited(240 left of 250)

EARLY ADOPTER FULL BED SIZE:Get the first bedding sets on the planet that StayMade all day AND keep your kids tucked in all night! (Retail Value: $150)

**Estimated delivery:**Nov 2013
Ships anywhere in the world

**Pledge$3,000or more**

2 backers Limited(3 left of 5)

Exclusive attendance at our "whiteboard development session" for the next innovative product or accessory we launch, airfare paid! Learn everything that goes into product development on this side of the fence.

**Estimated delivery:**Jan 2014
Ships anywhere in the world

**Pledge$10,000**

0 backers Limited(4 left of 4)

After development on US soil is complete, fly with us to China to see the StayMade hot off the line. Follow us through our 4 step quality control process and supply chain management, topped off with amazing food, foot massages, and karaoke! Truly the trip of a lifetime.

**Estimated delivery:**Sep 2013

## Funding period

Aug 5 2013 - Sep 4 2013(30 days)

# Eureka! You've found our little secret.

Sign up for our Happening email for all the inside info about arts and culture in the Kickstarter universe and beyond.

Email address    Subscribe

**About us**

What is Kickstarter?
Year in Kickstarter 2014
Who we are
Jobs
Press
Stats
Projects we love

**Help**

FAQ
Our Rules
Creator Handbook
Trust & Safety
Support
Terms of Use
Privacy Policy

**Discover**

Art
Comics
Crafts
Dance
Design
Fashion
Film & Video
Food
Games
Journalism
Music
Photography
Publishing
Technology
Theater

**Hello**

Happening
Company Blog
Engineering Blog
Twitter
Facebook
Tumblr
Instagram
Vine
KICKSTARTER
©2015 Kickstarter, Inc.